# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. D'HAENENS, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>           Defendants. | 2:11-cv-00842-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #6) filed May 31, 2011. Plaintiff filed a Response to Defendant's Motion (Doc. #10) on June 17, 2011, and Defendants filed a Reply Memorandum (Doc. #11) on June 27, 2011. Having read and considered the foregoing, the Court finds that Defendants' Motion to Dismiss (Doc. #6) must be granted.

Specifically, the relief requested in Plaintiff's complaint is barred by the Doctrine of *Res Judicata*. Moreover, it is clear that any attempt to amend Plaintiff's complaint would be futile.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #6) is **GRANTED**. The Clerk of Court shall forthwith enter judgment accordingly.

DATED: June 28, 2011

_____
PHILIP M. PRO
United States District Judge